# Court of Appeals
# of the State of Georgia

ATLANTA,　January 22, 2015

*The Court of Appeals hereby passes the following order:*

**A15A0915.  IN THE INTEREST OF: M. F., A CHILD.**

The father of M. F. filed a complaint seeking to obtain custody of his biological child from the permanent guardians.  The trial court dismissed the action, and the father filed a notice of appeal to the Supreme Court.  The trial court nevertheless transmitted the record to this Court. Because it appears that the father wishes to appeal to the Supreme Court, the record should have been transmitted to that Court. Accordingly, this appeal is hereby TRANSFERRED to the Supreme Court.



*Court of Appeals of the State of Georgia*
　　　　*Clerk's Office, Atlanta,*　01/22/2015
　　　　*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
　　　　*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*